

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GXP CDMO, Inc., a California Corporation formerly known as Bioserv Corporation<br><br>         **Appellant,**<br>      **V.**<br>Advantar Laboratories, Inc., a Delaware Corporation<br><br>         **Appellee.** | **Civil Action No.** 17-cv-01910-L-NLS<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Denies Plaintiff's motion to withdraw the reference. This denial is without prejudice to Plaintiff refiling a motion to withdraw the reference in the event this case proceeds to trial.

Date: 2/6/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ S. Tweedle

            S. Tweedle, Deputy